Cause No. _____ 83,273-01

Tommy Garcia §
§
vs. §
§
Texas Board of §
Pardons and Paroles §

This document contains some pages that are of poor quality at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 12 2015
Abel Acosta, Clerk

Petition For Writ of Mandamus

To The Honorable Judges of Said Court:

Comes Now, the petitioner, Tommy Garcia, and files this petition for writ of mandamus. The petitioner will present this Honorable Court with the following in Support thereof:

I.

On the date of November 03, 2014, the petitioner was Sent to a Sanction facility by the Texas board of pardons and paroles. Such Sanction Facility (I.S.F.) is located at: 2002 Lamesa Hwy., Brownfield, Texas 79316.

The Texas Board of Pardons and Paroles ordered the petitioner to attend the SAFP program.

Here at the Sanction Facility (I.S.F.), it is by policy that no offender will be kept at this facility for more than 180 days. Any offender kept beyond this, must be released!

The petitioner was brought to the facility on November 3, 2014. He has Served more than 180 days and have not been released from the I.S.F. as required!

The Texas Board of Pardons and Paroles oversee this program and has been notified of my illegal restraint, but has failed to take action. Their acts has been abuse of discretion and abuse of power that has denied me my 14th Amendment due process rights.

The petitioner prays that this Honorable Court step in and cease the injustice that torments the petitioner.

## Prayer

I, Tommy Barcia prays that this Honorable Court require the Texas Board of Pardons and Paroles to release the petitioner as required by policy.

Sincerely Submitted,

X Tommy Barcia

Tommy Barcia

#1992861

Address:    Kyle Unit
23001 IH-35
Kyle, Texas
78640

Certificate of Service

I, Tommy Garcia, #1593762, do hereby certify that a true and correct copy of the foregoing was mailed to the clerk of the Texas Court of Criminal Appeals on this ____ day of may, 2015.

X
Tommy Garcia
#1593762

Texas Board of
Pardons and Paroles
8610 Shoal Creek Blvd.
Austin, Texas 78757